**DISMISSED and Opinion Filed March 3, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01330-CV

## IN RE BILLY JOE CAMPBELL, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81619-2012**

## MEMORANDUM OPINION

Before Justices Bridges, Osborne, and Carlyle
Opinion by Justice Bridges

In this original proceeding, Billy Joe Campbell filed a petition for writ of mandamus requesting the Court compel the trial court to rule on his "Motion Requesting for District Clerk and Reporter's Records on Loan." The real party in interest has filed a response showing the trial court issued an order on February 11, 2020 denying relator's motion.

The trial court's ruling on the motion renders relator's petition moot and deprives the Court of subject matter jurisdiction. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (orig. proceeding); *Harlow Land Co., Ltd. v. City of Melissa*, 314 S.W.3d 713, 716 (Tex. App.—Dallas 2010, no pet.).

Accordingly, we dismiss relator's petition for writ of mandamus.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

191330F.P05